IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALE MCCLENDON,** : | | |
| **Plaintiff,** : | | |
| : | | **CIVIL ACTION** |
| v. : | | **No. 23-138** |
| : | | |
| **THE SCHOOL DISTRICT OF** : | | |
| **PHILADELPHIA,** : | | |
| **Defendant.** : | | |

## ORDER

This 28th day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, (ECF 9) is **GRANTED** in part and **DENIED** in part.

2. As to Plaintiff's First Amendment claim set forth in Count I, the Motion is **GRANTED** and this claim is **DISMISSED** without prejudice.

3. As to Plaintiff's equitable estoppel and judicial estoppel claims set forth in Counts III and IV, the Motion is **GRANTED** and these claims are **DISMISSED** with prejudice.

4. As to Plaintiff's due process claim set forth in Count I and his breach of contract claim set forth in Count II, as well as Plaintiff's request for declaratory judgment set forth in Count V, the Motion is **DENIED**.

5. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, ECF 4, is **DENIED** as **moot**.

                                                    /s/ Gerald Austin McHugh
                                                   United States District Judge